# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1974
_____

JOHN W. ELLIS,

Petitioner,

v.

RICKY DIXON, Secretary, Florida
Department of Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

April 24, 2024

PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

John W. Ellis, pro se, Petitioner.

No appearance for Respondent.